ACCEPTED
06-18-00029-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/30/2018 2:44 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | Wasmecia Wyshinell Jeffery |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/30/2018 2:44:32 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

First Name: Wasmecia

Middle Name: Wyshinell

Last Name: Jeffery

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## II. Appellant Attorney(s)

☒ Lead Attorney

First Name: Troy

Middle Name:

Last Name: Hornsby

Suffix:

☒ Appointed          ☐ District/County Attorney
☐ Retained          ☐ Public Defender

Firm Name: Miller, James, Miller & Hornsby, L.L.P.

Address 1: 1725 Galleria Oaks Drive

Address 2:

City: Texarkana

State: Texas          Zip+4: 75503

Telephone: 903.794.2711          ext.

Fax: 903.792.1276

Email: troy.hornsby@gmail.com

SBN: 00790919

Add Another Appellant/Attorney

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|

### III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

### IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Gary

Middle Name: D.

Last Name: Young

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name: Lamar County Dist. Attorney

Address 1: 119 N. Main Street

Address 2:

City: Paris

State: Texas          Zip+4: 75460

Telephone: 903.737.2458          ext.

Fax: 903.737.2455

Email:

SBN: 00785298

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Other

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: January 16, 2018

Offense charged: Del. contr. subst. cocaine <1 in DFZ

Date of offense: April 12, 2016

Defendant's plea:

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes  ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: January 16, 2018

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 8 years TDCJ run concurrently

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No          If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No          If yes, date filed:

Other: ☐ Yes ☐ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA          If yes, date filed:

Date of hearing:          ☐ NA

Date of order:          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA          If granted or denied, date of ruling: January 16, 2018

## VIII.  Trial Court And Record

Court:  6th

County:  Lamar

Trial Court Docket Number (Cause no):  26846

Trial Court Judge (who tried or disposed of the case):

First Name:  Wes

Middle Name:

Last Name:  Tidwell

Suffix:

Address 1:  119 N. Main

Address 2:

City:  Paris

State:  Texas          Zip + 4:  75460

Telephone:  903.737.2434     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:  Jan 30, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☐ No

If yes, date requested:  Jan 30, 2018

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name:  Terry

Middle Name:

Last Name:  Spangler

Suffix:

Address 1:  119 N. Main

Address 2:

City:  Paris

State:  Texas          Zip + 4:  75460

Telephone:  903.737.2434     ext.

Fax:

Email:

**1X. Related Matters**

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]                Court: [                    ]

Style: [                    ]

Vs.  State of Texas

**X. Signature**

_____

Signature of counsel (or Pro Se Party)          Date:  January 30, 2018

_____

Printed Name:                                                State Bar No:  00790919

Electronic Signature: _Troy Hornsby_          Name:  Troy Hornsby
(Optional)

**XI. Certificate of Service**

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  January 30, 2018        .

_____

Signature of counsel (or pro se party)          Electronic Signature: _Troy Hornsby_
(Optional)

State Bar No.:  00790919

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 30, 2018

Manner Served: Regular Mail

First Name: Gary

Middle Name: D.

Last Name: Young

Suffix:

Law Firm Name: Lamar County District Attorney

Address 1: 119 N. Main

Address 2:

City: Paris

State Texas          Zip+4: 75460

Telephone: 903.737.2458     ext.

Fax: 903.737.2455

Email: